**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Alan Nix, | Case No. 2:24-4921-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Christopher Craven, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation (R&R) of the Magistrate Judge recommending that Plaintiff's complaint be dismissed for failure to serve Defendant. (Dkt. No. 31). Previously, the Court granted Plaintiff, who is proceeding pro se, additional time to serve Defendant. (Dkt. No. 28). Namely, Plaintiff was given an additional 90 days to serve Defendant and warned that failure to do so may result in Defendant being dismissed without prejudice from this case. (*Id.* at 2). The 90-day period ended on February 16, 2026. (Dkt. No. 31 at 2). On March 19, 2026, the R&R was issued recommending dismissal without prejudice of this action for failure to serve Defendant. (*Id.*) (noting Plaintiff failed to file any document indicating service had been executed). Plaintiff did not file objections to the R&R.

Accordingly, the Court adopts the R&R as the order of the Court and **DISMISSES** this action without prejudice. Fed. R. Civ. P. 4(m).

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 9, 2026
Charleston, South Carolina

1